Submitted March 24—decided March 25, 1969

FRED C. ROESSLER ET AL., TRUSTEES (ESTATE OF CARL ROESSLER) *v.* NEW HAVEN REDEVELOPMENT AGENCY

Although it appears that the trial court ordered a reference in this case without affording either party a hearing as to whether the reference should be to one or three referees under General Statutes § 52-434a and that thereafter it refused to revoke the reference to permit such a hearing, nevertheless, since these rulings were interlocutory ones and no final judgment has been rendered, the defendant's motion to dismiss (erroneously entitled a motion to erase) the appeal from the Superior Court in New Haven County is granted.

*Sherman A. Zitomer,* for the appellee (defendant).

*Abraham D. Slavitt* and *Robert G. Zanesky,* for the appellants (plaintiffs).

Argued April 1—decided April 1, 1969